# United States Court of Appeals for the Federal Circuit

---

September 27, 2019

**ERRATUM**

---

Appeal No. 2018-1635

**SIPCO, LLC,**
*Appellant*

**v.**

**EMERSON ELECTRIC CO.,**
*Appellee*

Decided:  September 25, 2019
Precedential Opinion

---

The following change has been made:

Page 2, line 5, of the opinion concurring-in-part and dissenting-in-part, "tenants" has been changed to "tenets".